IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | Criminal Number: 7:06-CR-00014-0 |
| RONNIE ROBERT MOLINA | § § | |

## ORDER

Before the Court is a report from the Federal Bureau of Prisons in this case, ECF No. 175. By electronic order entered this date, United States District Judge Reed O'Connor referred the report to the undersigned. ECF No. 176. Counsel for Mr. Molina and for the United States are directed to confer and notify the Court of any action that should be taken as a result of this report.

It is so **ORDERED** on April 1, 2020.

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE